# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
               Appellant,

vs.

LORZHON TOMLIN-HARRIS,
               Respondent.

No. 73203

FILED

NOV 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting, in part, a pretrial petition for writ of habeas corpus. Appellant has filed a motion to withdraw the appeal. Counsel states that respondent entered into a guilty plea agreement, and pursuant to negotiations, appellant agreed to dismiss the instant appeal. Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
      Douglas

_____J.
   Gibbons

_____, J.
     Pickering

cc:    The Honorable Stefany Miley, Eighth Judicial District Judge
       Attorney General/Carson City
       Clark County District Attorney
       Special Public Defender
       Eighth District Court Clerk

---

[1]We deny as moot appellant's motion for an extension of time to file the opening brief, filed on October 9, 2017.

17-41084